UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:16-CR-37-BLW |
| v. | **ORDER** |
| CHERIE R. DILLON, | |
| Defendant. | |

Before the Court is a motion to delay defendant's reporting date. The defendant is due to report to FCI Dublin SCP on July 25, 2017, but has a hearing in this Court on August 9, 2017, to resolve forfeiture and restitution issues. The defendant does not waive her right to be present at that hearing. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to temporarily delay voluntary surrender date (docket no. 83) is GRANTED, and that the defendant be given a new voluntary surrender date as soon as possible on or after August 14, 2017.

DATED: June 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court